IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 03:19-MJ-319-MMS |
| Plaintiff, | |
| vs. | |
| Ricardo Luis FALERO-RUIZ, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew E. Grow, Jr., United States Postal Inspector ("USPIS"), being duly sworn, depose and state that:

### I.   BACKGROUND AND EXPERIENCE OF AFFIANT

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

2. I have been a Postal Inspector since July 2016 and I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for investigation of controlled substance law violations involving the United States mail.

3. As part of my duties as a U.S. Postal Inspector, I investigate drug trafficking organizations, including their smuggling routes and the techniques that they

use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have also conducted and/or participated in investigations which have resulted in the seizure of marijuana, cocaine hydrochloride, opium, heroin, methamphetamine, MDMA (ecstasy), prescription medications, firearms, cellular phones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances which have added to my knowledge of the illegal drug culture that exists in Alaska.

## II. PURPOSE OF AFFIDAVIT

This Affidavit is presented in support of a criminal complaint and request for the issuance of an arrest warrant against and for Ricardo Luis FALERO-RUIZ for whom I submit there is probable cause to believe that he did knowingly and intentionally conspire with others known and unknown, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21 United States Code, Section 846 and 841(a)(1) and (b)(1)(A). I have not set forth in this

affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

### III. PROBABLE CAUSE STATEMENT

1. On August 7, 2019, Postal Inspectors identified Priority Mail Parcel 9505 5152 6277 9218 4458 27 (Subject Parcel), addressed to "Edgar Rivera, 8621 Peck ave apt 6, Anchorage, AK 99504" and from "Adan Garcia, 416 E 111 Place, Los Angeles, C.A. 90061" as being suspicious. On August 8, 2019, Postal Inspectors located the Subject Parcel.

2. On August 8, 2019 a Federal Search Warrant was granted by the Honorable Matthew M. Scoble, U.S. Magistrate Judge for the Subject Parcel. The Subject Parcel was searched pursuant to the warrant that same day and was found to contain approximately 1389 gross grams of a white crystal substance which tested positive for the presence of methamphetamine. The suspected methamphetamine was vacuum sealed and secreted within a plastic container that was wrapped in layers of cleaning wipes, saran wrap, and brown paper.

3. On August 8, 2019 a Federal Order for the Installation and Monitoring of an Electronic Alerting and Tracking Device was subsequently granted for the Subject Parcel by the Honorable Matthew M. Scoble, U.S. Magistrate Judge.

4. On August 9, 2019 the U.S. Postal Inspectors installed alerting and tracking devices pursuant to the court's order. A representative sample of the original suspected methamphetamine was included with sham methamphetamine and the

AUG 1 2 2019

contents of the Subject Parcel were repackaged. Later that same day, Anchorage U.S. Postal Inspectors, Anchorage Police Department and the Drug Enforcement Administration (DEA) executed a controlled delivery of the Subject Parcel to the target address located at 8621 Peck Avenue #6, Anchorage, Alaska.

5. The Subject Parcel was delivered at 2:21 p.m. A female retrieved the parcel and left the residence at approximately 5:04 p.m. Surveillance was maintained on the female with the Subject Parcel until she stopped and met with a Hispanic Female, later identified as Coraliz ORTIZ-RIOS, in the driveway of the 3240 Penland Parkway #414, Anchorage, AK at approximately 5:14 p.m.

6. At approximately 5:24 p.m., the installed alerting and tracking devices indicated that the Subject Parcel had been opened and was located inside of 3240 Penland Parkway #414, Anchorage, AK. Law enforcement officers then entered the residence pursuant to the Federal Order to retrieve the Subject Parcel and its contents. Officers knocked and announced loudly police presence. While officers were making their approach, FALERO-RUIZ was confronted by officers as he was attempting to climb out of a window to flee.

7. Inside the residence officers contacted FALERO-RUIZ, and Coraliz Marie ORTIZ-RIOS. While recovering the contents of the Subject Parcel, which were spread throughout the residence, officers observed in plain view multiple USPS postal boxes other than the Subject Parcel and a postal receipt. The interior contents of the Subject Parcel were strewn about and the bags containing the sham narcotics had been discarded in the bathroom and were freshly wet with water. In addition, the

AUG 1 2 2019

representative sample of the suspected methamphetamine was found in the bathroom trash can. The bag containing the representative sample was filled with water.

8. RUIZ's and ORTIZ's bore evidence on their person's indicating each had handled the internal contents of the Subject Parcel.

9. On August 9, 2019, a Federal Search Warrant was obtained and executed on 3240 Penland Parkway #414, Anchorage, AK.

10. As a result of a Federal Search Warrant served on the residence, USPS labels and receipts of previously identified suspicious parcels, multiple cellphones, cash consistent with narcotics trafficking, a Glock 17 with an extended magazine, approximately 33.7 gross grams of suspected cocaine, and approximately 193.3 gross grams of suspected methamphetamine was seized or photographed from the residence.

Respectfully submitted,

Andrew E. Grow, Jr.
Postal Inspector, USPIS
Anchorage Domicile

Subscribed and sworn to before me
On 8/12/2019

UNITED STATES MAGISTRATE JUDGE